IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| MACKENZIE DAVIS, DEREK COMEUX, CASEY HAYES, COREY HUDSON, and RON MIGUES, individually and on behalf of all others similarly situated, § § § § § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | No. MO:20-CV-00109-DC | |
| § | | |
| NEXTIER OILFIELD SOLUTIONS, INC., NEXTIER COMPLETION SOLUTIONS, INC., and C&J ENERGY SERVICES, INC., § § § § | | |
| *Defendants*. § | | |

## ORDER

On this date, the Court considered the status of this case. Because this action cannot proceed to the next stage of trial until the parties have completed arbitration, the Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay[.]").

The Clerk of the Court is therefore **DIRECTED** to administratively **CLOSE** the case pending further order of the Court. Though administratively closed, this case will still exist on

the docket of this Court and may be reopened upon request or on the Court's own motion. Nothing in this Order shall be considered a dismissal or disposition of this case.

    It is so **ORDERED**.

    SIGNED this 8th day of June, 2022.

                                        DAVID COUNTS
                                        UNITED STATES DISTRICT JUDGE